IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| SHARON CHANDLER, | * |
| Plaintiff, | * |
| v. | * |
| JACLYN MICHELLE GAY and GEICO GENERAL INSURANCE COMPANY, | *    CV 121-010 |
| Defendants. | * |

**O R D E R**

Before the Court is Plaintiff's motion to remand for lack of subject matter jurisdiction. (Doc. 11.) Defendants have not responded to Plaintiff's motion.

Defendant Geico General Insurance Company ("Geico Insurance") removed this action on January 14, 2021 pursuant to 28 U.S.C. § 1332(a), diversity jurisdiction.[1] (See Notice of Removal, Doc. 1, at 2.) The Notice of Removal alleges the parties are diverse because Plaintiff is a citizen of Georgia, Defendant Gay is a citizen of South Carolina, and Defendant Geico Insurance "is a foreign insurance company organized under the laws of the state of

---

[1] Federal courts may exercise diversity jurisdiction over all civil actions where the amount in controversy exceeds $75,000, exclusive of interest and costs, and the action is between citizens of different states.  28 U.S.C. § 1332(a)(1).

Maryland, with its principal place of business located in Fredericksburg, Virginia." (Id.)

However, Plaintiff argues removal is improper because complete diversity does not exist and her Complaint alleges, in error, that she is a citizen of Georgia. (Doc. 11, at 2.) Plaintiff has put forth evidence that she is instead a citizen of South Carolina and was at the time of removal. (See Doc. 11-3.) Defendants have not disputed otherwise. Because Defendants have failed to respond to Plaintiff's motion, the Court grants it as unopposed. See L.R. 7.5, S.D. Ga.

Based on the foregoing, **IT IS HEREBY ORDERED** that Plaintiff's motion to remand (Doc. 11) is **GRANTED**. The Clerk is **DIRECTED** to **REMAND** this case to the Superior Court of Columbia County, Georgia. The Clerk is further **DIRECTED** to **TERMINATE** all remaining pending motions, if any, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of February, 2021.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA