AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SHARON CHANDLER,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 1:21-010

JACLYN MICHELLE GAY and GEICO GENERAL INSURANCE COMPANY,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of February 26, 2021, Plaintiff's Motion to Remand is GRANTED, and this case is REMANDED to the Superior Court of Columbia County, Georgia.

This civil action stands CLOSED.

| 02/26/2021 | John E. Triplett, Acting Clerk |
|---|---|
| Date | Clerk |
| | *Tara H. Burton* |
| | (By) Deputy Clerk |

GAS Rev 10/2020